FILED
CLERK, U.S. DISTRICT COURT
JUL 29 2020
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>Marlon Terrell Price<br><br>　　　　　Defendant. | Case No.: CR 19-188-FMO<br><br>ORDER OF DETENTION AFTER HEARING<br>[Fed. R. Crim. P. 32.1(a)(6);<br>18 U.S.C. § 3143(a)] |

　　The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the <u>Central Dist./California</u> for alleged violation(s) of the terms and conditions of his/her [probation] (supervised release); and

　　The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

　　The Court finds that:

A.　(✓)　The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on <u>unemployed, homeless, apparent ongoing substance</u>

<u>abuse, unknown bail resources, outstanding warrant,</u>

<u>&c.</u>

and/or

B. (✓) The defendant has not met (his)/her burden of establishing by clear and convincing evidence that (he)/she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on: <u>recent law enforcement, ongoing substance abuse, on summary probation, lengthy criminal history</u>

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

Dated: July 29, 2020

*[signature]*
JEAN ROSENBLUTH
U.S. MAGISTRATE JUDGE

2